# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mueller, Kimberly J. | Eastern District of California | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U S District Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
501 I Street
Sacramento, CA 95814-2322

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors, ex-officio member (January 1, 2013 to present) | Eastern District Historical Society |
| 2. | Board of Directors, ex-officio member (Fall 2012 - present) | Sacramento Federal Judicial Library and Learning Center |
| 3. | Board of Directors, member (March 2015 - present) | Federal Judicial Center |
| 4. | Board of Directors, member (Fall 2012 - present) | Bethel College-North Newton,Kansas |
| 5. | Board of Directors, member (November 2015 - present) | Grantland L. Johnson Institute of Leadership Development |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mueller, Kimberly J. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | _____, employee (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mueller, Kimberly J. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Sotiris Kolokotronis | Kings Basketball Game Tickets | $2,000.00 |
| 2. | Sotiris Kolokotronis | Concert Tickets | $500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Glen Fait, successor Trustee | Real estate mortgage- Paid in full in 2017 upon sale of property | None |
| 2. | Spring Valley Ranch | Personal Loan | J |
| 3. | | Real Estate Mortgage-Twin Oaks 45% TIC interest | O |
| 4. | | Real Estate Mortgage-Twin Oaks 17.9% TIC interest | N |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mueller, Kimberly J. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock, ▯▯▯ - See Part VIII | | None | N | V | | | | | |
| 2. Partner in Spring Valley Ranch | D | Distribution | M | W | | | | | |
| 3. Real Estate, North Sacramento, CA | F | Rent | O | W | Sold | 05/03/17 | O | G | Stella Ma |
| 4. Bank accounts, Golden One | A | Interest | M | T | | | | | |
| 5. (905) Calvert Social Investment Balance - A | A | Interest | J | T | | | | | |
| 6. Manulife 401 (k) (no control) | C | Interest | M | T | | | | | |
| 7. River City Bank accounts | A | Interest | J | T | | | | | |
| 8. 1/2 interest in 2 Stephens Motor Yachts | | None | K | T | | | | | |
| 9. Real Estate, Sacramento, CA - 3/14/14 See Part VIII | F | Rent | O | R | | | | | |
| 10. Real Estate, Sacramento, CA 1/27/16 See Part VIII | G | Rent | P1 | R | | | | | |
| 11. Real Estate, Sacramento, CA 6/30/17 See Part VIII | E | Rent | O | R | Buy | 06/30/17 | O | | See add'l info Part VIII |
| 12. Exchange Funds - Asset Preservation Inc. | | None | | | Closed | 06/30/17 | N | | See add'l Info Part VIII |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mueller, Kimberly J. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A. Non-Investment Income. Non-reportable non-investment income was earned during the reporting period (salary from the U S Government for services as a United States District Judge)

Part VII, Investments and Trusts. Line 1 Re: Common Stock,                . The valuation was based on the per share value resulting from the federal estate tax examination of the related shareholder who died in 1998, which is the most recent valuation available.

Part VII, Investments and Trusts Line 3. Re: Investment in real estate, North Sacramento, CA. The property was sold on May 3, 2017 for $700,000. The mortgage ($312,548) was paid off. The proceeds were deposited in a qualified exchange intermediary account. The taxable gain on this sale was deferred under IRC Section 1031.

Part VII, Investments and Trusts. Line 9 Re: Investment in real estate, Sacramento, CA. A 22.65% interest in the commercial rental property located on       was acquired on 3/14/2014 for $884,639 cash- funds were in a qualified exchange intermediary account. Seller -      

Part VII, Investments and Trusts. Line 10 Re: Investment in real estate, Sacramento, CA. A 45% interest in the commercial rental property located on       was acquired on 1/27/2016 for $1,759,369 (cash of $1,127,666 from a qualified exchange intermediary account plus mortgage assumption of $631,703). Seller      .

Part VII, Investments and Trusts. Line 11 Re: Investment in real estate, Sacramento, CA. A 17.9% interest in the commercial rental property located on       was acquired on 6/30/2017 for $700,000 (cash of $347,342 from a qualified exchange intermediary account plus mortgage assumption of $352,658). Seller -      .

Part VII, Investments and Trusts Line 12. Re: Exchange Funds. This account was opened 5/3/17 and the entire amount in this account ($347,342) was used to purchase real estate in Sacramento, CA on June 30, 2017.

Part I, Positions. While the Eastern District Historical Society does not meet regularly at this time, this position is left on as I continue to receive occasional emails related to the Board. Additionally, in the 2016 report, listing of the Grantland L. Johnson Institute was inadvertently omitted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly J. Mueller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544